UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

ROBERT LESLIE MAYNARD, III,  CASE NO. 25-01955-5-JNC
 CHAPTER 13
DEBTOR

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** S. Troy Staley, the Standing Chapter 13 Trustee in the Eastern District of North Carolina, duly appointed to administer the instant case ("Trustee"), and hereby objects to confirmation of the plan filed by Debtor for the following:

1. Debtor has not demonstrated an ability to make all payments under the plan, as required by 11 U.S.C. § 1325(a)(6), in that Debtor has failed to commence and/or maintain timely plan payments.

2. Debtor has failed to file required complete and accurate Schedules and Statements in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1), and EDNC LBR 1007-1(f) and 4002-1(g)(1). Specifically, the Schedules fail to identify the method of valuation for property listed in Schedule A/B of Official Form 106.

3. The Plan fails to provide a required pool to allowed general unsecured claims as required by the liquidation analysis of 11 U.S.C. § 1325(a)(4), because: the trustee's liquidation value is higher at $41,632.97.

4. The Plan is not sufficiently funded to pay all claims for which it provides as required by 11 U.S.C. §§ 1322(a)(2), and 1325(a)(1) and (a)(5) due to: underfunded to pay trustee liquidation value. Current plan payments = $100 x 2; $960 x 58. Subject to any additional modifications which may be necessitated by any pending or future objections, or any claims filed

before the bar date which require payment, the Trustee estimates plan payments = $100 x 2; $960 x 3; $1,755 x 55.

      **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 Plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

This the 15th day of August, 2025.

                                                           /s/ S. Troy Staley
                                                           S. TROY STALEY
                                                           Chapter 13 Trustee
                                                           N.C. State Bar No. 43229
                                                           /s/ Isaac A. Johnston
                                                           ISAAC A. JOHNSTON
                                                           Staff Attorney, Chapter 13 Trustee
                                                           N.C. State Bar No. 44502
                                                           Post Office Box 1618
                                                           New Bern, North Carolina 28563-1618
                                                           (252) 633-0074
                                                           chapter13@ednc13.com

## CERTIFICATE OF SERVICE

I, Isaac A. Johnston, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

Edwin M. Hardy        (via CM/ECF)
*Attorney for Debtor*

Robert Leslie Maynard, III        (via U.S. Postal Service)
514 Americas Way
Box Elder, SD  57719
*Debtor*

**DATED:** August 15, 2025

/s/ Isaac A. Johnston
ISAAC A. JOHNSTON
Staff Attorney, Chapter 13 Trustee
N.C. State Bar No. 44502
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com