UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

| | |
|---|---|
| ROBERT LESLIE MAYNARD, III, | CASE NO. 25-01955-5-JNC |
| | CHAPTER 13 |
| DEBTOR | |

**WITHDRAWAL OF OBJECTION TO CLAIM**

   The undersigned Trustee hereby notifies all interested parties of the withdrawal of the Objection to Claim and Notice Thereof to the claim and amended claim of **Performance Finance** filed by the Trustee on July 24, 2025.

**DATE:** August 25, 2025

 

/s/ S. Troy Staley
S. Troy Staley
Chapter 13 Trustee
P.O. Box 1618
New Bern, NC 28563-1618
(252) 633-0074
NC State Bar No. 43229
Email: chapter13@ednc13.com

## CERTIFICATE OF SERVICE

I, S. Troy Staley, of P.O. Box 1618, New Bern, NC 28563, certify:

That I am and was at all times hereinafter mentioned was, more than eighteen (18) years of age: and

That I have this day served a copy of the Withdrawal of Objection To Claim and Notice Thereof upon all interested parties in the action by depositing a copy of the same in a postage paid envelope with the United States Postal Service or electronically, as indicated.

DATED: August 25, 2025

/s/ S. Troy Staley
S. Troy Staley
Chapter 13 Trustee
P.O. Box 1618
New Bern, NC 28563-1618
(252) 633-0074
NC State Bar No. 43229
Email: chapter13@ednc13.com

TO:

Edwin M. Hardy                              (via CM/ECF)
*Attorney for Debtor*

Robert Leslie Maynard, III              (via U.S. Postal Service)
514 Americas Way
Box Elder, SD 57719
*Debtor*

Performance Finance                     (via U.S. Postal Service)
Attn: Managing Agent/Officer
10509 Professional Circle, Ste 100
Reno, NV 89521
*Creditor*